EXHIBIT B

STATE OF MAINE            SUPERIOR COURT
KNOX, ss                     CIVIL ACTION
                               DOCKET NO. ROCSC-CV-2025-

CHRISTINA and
MORGAN CUTHBERT

                 Plaintiffs

v.

BLACK ROCK BUILDERS, INC.

                 Defendant

## COMPLAINT

Plaintiffs Christina and Morgan Cuthbert complain against Defendant Black Rock Builders, Inc. ("BRB") as follows:

### PARTIES AND VENUE

1. Plaintiffs Morgan and Christina Cuthbert (collectively, the "Cuthberts") own a parcel of real property located at 11 Seaport Drive, Rockport, Knox County, Maine (the "Premises").

2. Defendant BRB is a Maine corporation in good standing with a place of business in Rockport, Knox County, Maine.

3. This Court has jurisdiction of this matter pursuant to 4 M.R.S.A. § 105(1).

4. Venue is proper in this Court pursuant to 14 M.R.S.A. § 501.

### FACTS COMMON TO ALL COUNTS

5. On or about March 20, 2023, the Cuthberts entered into a contract with BRB for the construction of in-law apartment with a two-car garage at the Premises (the "Project").

6. BRB abandoned the Project without completing all of the contract work, including unfinished electrical, plumbing and landscaping work.

7. After BRB abandoned the Project, the Cuthberts hired additional contractors to assess, remediate and otherwise complete the work performed by BRB.

8. These contractors advised the Cuthberts that a good portion of the work that BRB performed on the Project is of poor quality.

9. One of these contractors, Jason A. Hunter, provided the Cuthberts with a detailed estimate to remediate and complete BRB's work on the project. Mr. Hunter's estimate totals $99,352.71, plus an additional $20,000.00 for projected non-construction expenses and refunds.

10. The Project contract sets a fixed price of $236,000.00. In total, the Cuthberts paid BRB $219,000.00. Much of the Project work remained incomplete when BRB ceased work at the Premises.

11. The Cuthberts have sent BRB a written demand for settlement and have attempted to engage BRB in settlement negotiations. At present, the Cuthberts' claims remain unresolved.

## COUNT I
### Breach of Contract

12. Plaintiffs repeat the allegations in paragraphs 1 through 11 of the Complaint as though these allegations are fully set forth herein.

13. Plaintiffs and Defendant entered into a valid contract for the Project.

14. Based on the foregoing, Defendant has breached the contract in numerous respects.

15. As the result of Defendant's breach of contract, Plaintiffs have incurred damages in the principal amount of at least $99,352.71.

## COUNT II
## Unjust Enrichment

16. Plaintiffs repeat the allegations in paragraphs 1 through 15 of the Complaint as though these allegations are fully set forth herein.

17. By virtue of the foregoing, the Plaintiffs have conferred a benefit on Defendant under circumstances that would make it unfair and unjust for Defendant to retain this benefit without providing just compensation to the Plaintiffs.

18. By virtue of the foregoing, Defendant has been unjustly enriched in the principal amount of at least $99,352.71.

## COUNT III
## Violation of the Maine Home Construction Contract Act
## 10 M.R.S.A. §§ 1487 *et seq.*

19. Plaintiffs repeat the allegations in paragraphs 1 through 18 of the Complaint as though these allegations are fully set forth herein.

20. The contract price in this matter exceeds $3000.00, therefore BRB was required to comply with the provisions of the Home Construction Contract Act, 10 M.R.S.A. §1487.

21. BRB's contract for the Project does not comply with the Home Construction Contract Act in multiple respects.

22. To list some of these deficiencies, BRB's contract: 1. is not signed by the Cuthberts as required by the Act; and 2. does not state the estimated date when the work will be completed pursuant to §1487(3).

23. As the result of Defendant's breach of the Home Construction Contract Act, Plaintiffs have incurred damages in an amount to be determined at trial.

## COUNT IV
### Violation of Maine's Unfair Trade Practices Act ("MUTPA")
### 5 M.R.S.A. §205-A *et. seq.*

24. Plaintiffs repeat the allegations in paragraphs 1 through 23 of the Complaint as though these allegations are fully set forth herein.

25. By virtue of 10 M.R.S.A. § 1490(1) Defendant BRB's multiple breaches of the Home Construction Contract Act constitute *prima facie* evidence of violations of the Unfair Trade Practices Act.

26. The Cuthberts have sent BRB a written demand for settlement and have attempted to engage BRB in settlement negotiations. At present, the Cuthberts' claims remain unresolved.

27. As the result of Defendant BRB's multiple violations of MUTPA, the Cuthberts have incurred compensatory damages, attorney fees and costs in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Christina and Morgan Cuthbert pray for the following relief:

A. That the Court enter judgment for compensatory damages against Defendant Black Rock Builders;

B. That the Court enter judgment for prejudgment interest, costs of suit and attorney fees against Defendant; and

C. Such further relief as the Court may deem just and proper.

Dated: August 1st, 2025

_____
Thomas L. Douglas, Bar No. 9777
*Attorney for Plaintiffs Christina and Morgan Cuthbert*

DOUGLAS MCDANIEL
& CAMPO LLC, PA
490 Walnut Hill Road
North Yarmouth, ME 04097
(207) 591-5747
*tdouglas@douglasmcdaniel.com*